IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00311-MSK-KLM

FRED NULL, and
ZALE GAYLEN,

    Plaintiffs,

v.

NATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS, a Colorado limited liability company aka NACHI Management, LLC,
INTERNATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS, a Colorado nonprofit corporation,
NICKIFOR GROMICKO, and
REPORTS, INC., a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion for Permission to Appear by Telephone at the Rule 26(f) Scheduling Conference** [Docket No. 14; Filed May 17, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Plaintiffs may appear by telephone at the Scheduling Conference set for May 30, 2012. Counsel shall call Chambers at (303) 335-2770 at the designated time.

    Dated: May 18, 2012