IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00311-MSK-KLM

FRED NULL, and
ZALE GAYLEN,

      Plaintiffs,

v.

NATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS, a Colorado limited
liability company aka NACHI Management, LLC,
INTERNATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS, a Colorado
nonprofit corporation,
NICKIFOR GROMICKO, and
REPORTS, INC., a Delaware corporation,

      Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion and Protective Order**
[Docket No. 26; Filed October 16, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order included in the Motion is
**accepted** for filing and entered as an Order of the Court, with interlineations, as of the date
of this Minute Order.

      Dated:  October 18, 2012